# EXHIBIT B



**CT Corporation**
Service of Process Notification
04/11/2025
CT Log Number 548870746

## Service of Process Transmittal Summary

**TO:** Mark Wickham
FBL Financial Group Inc.
5400 UNIVERSITY AVE
WEST DES MOINES, IA 50266-5997

**RE:** Process Served in Utah

**FOR:** Farm Bureau Property & Casualty Insurance Company  (Domestic State: IA)

ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | WENDY GRAHAM, an individual vs. FARM BUREAU INSURANCE |
| **CASE #:** | 250600020 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Midvale, UT |
| **DATE/METHOD OF SERVICE:** | By Process Server on 04/11/2025 at 14:47 |
| **JURISDICTION SERVED:** | Utah |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air |
| | Image SOP |
| | Email Notification, Mark Wickham  mwickham@ifbf.org |
| | Email Notification, Teresa Soderstrum  tsoderstrum@ifbf.org |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1108 E. South Union Avenue
Midvale, UT 84047
866-539-8692
CorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

Date: Fri, Apr 11, 2025
Server Name: Drop Service

| | |
|---|---|
| Entity Served | FARM BUREAU PROPERTY & CASUALTY INSURANCE COMPANY |
| Case Number | 250600020 |
| Jurisdiction | UT |

| Inserts |
|---|
| |





D. Bruce Oliver #5120
Attorney for Plaintiff
46 South Main
P.O. Box 146
Mayfield, UT 84643
Phone: 801-696-1180
bruceoliverlaw@gmail.com

IN THE SIXTH JUDICIAL DISTRICT COURT
IN AND FOR SEVIER COUNTY, STATE OF UTAH
845 East 600 North, Richfield Utah 84701

| WENDY GRAHAM, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FARM BUREAU PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Business Corporation, JOHN DOES 1-5, individuals, JANE DOES 1-5, individuals, BLACK CORPORATIONS 1-5,<br><br>Defendants. | **SUMMONS (Out of State)**<br><br><br>Civil No. 250600020<br><br><br>Judge Mandy Larsen |
|---|---|

**THE STATE OF UTAH TO:**

<u>**FARM BUREAU PROPERTY AND CASUALTY INSURANCE COMPANY**</u>

| A lawsuit has been filed against you. You must respond in writing by the deadline for the court to consider your side. The written response is called an Answer. | Se ha presentado una demanda en su contra. Si desea que el juez considere su lado, deberá presentar una respuesta por escrito dentro del periodo de tiempo establecido. La respuesta por escrito es conocida como la Respuesta. |
|---|---|

Page 1 of 4

| | |
|---|---|
| **Deadline!**<br>Your Answer must be filed with the court and served on the other party **within 30 days** of the date you were served with this Summons. If you do not file and serve your Answer by the deadline, the other party can ask the court for a default judgment. A default judgment means the other party can get what they asked for, and you do not get the chance to tell your side of the story. | **¡Fecha límite para contestar!**<br>Su Respuesta debe ser presentada en el tribunal y también con la debida entrega formal a la otra parte **dentro de 30 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio.<br><br>Si usted no presenta una respuesta ni hace la entrega formal dentro del plazo establecido, la otra parte podrá pedirle al juez que asiente un fallo por incumplimiento. Un fallo por incumplimiento significa que la otra parte recibe lo que pidió, y usted no tendrá la oportunidad de decir su versión de los hechos. |
| **Read the complaint/petition**<br>The Complaint or Petition has been filed with the court and explains what the other party is asking for in their lawsuit. Read it carefully. | **Lea la demanda o petición**<br>La demanda o petición fue presentada en el tribunal y ésta explica lo que la otra parte pide. Léala cuidadosamente. |
| **Answer the complaint/petition**<br>You must file your Answer in writing with the court **within 30 days** of the date you were served with this Summons. You can find an Answer form on the court's website:<br>utcourts.gov/ans<br><br>Scan QR code to visit page | **Cómo responder a la demanda o petición**<br>Usted debe presentar su Respuesta por escrito en el tribunal **dentro de 30 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. Puede encontrar el formulario para la presentación de la Respuesta en la página del tribunal:<br>utcourts.gov/ans-span<br><br>Para accesar esta página escanee el código QR |
| **Serve the Answer on the other party**<br>You must email, mail or hand deliver a copy of your Answer to the other party (or their attorney or licensed paralegal practitioner, if they have one) at the address shown at the top left corner of the first page of this Summons. | **Entrega formal de la respuesta a la otra parte**<br>Usted deberá enviar por correo electrónico, correo o entregar personalmente una copia de su Respuesta a la otra parte (o a su abogado o asistente legal, si tiene) a la dirección localizada en la esquina izquierda superior de la primera hoja del citatorio. |

| | |
|---|---|
| **Finding help** <br> The court's Finding Legal Help web page (utcourts.gov/help) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.  Scan QR code to visit page | **Cómo encontrar ayuda legal** <br> Para información sobre maneras de obtener ayuda legal, vea nuestra página de Internet Cómo Encontrar Ayuda Legal. (utcourts.gov/help-span) Algunas maneras de obtener ayuda legal son por medio de una visita a un taller jurídico gratuito, o mediante el Centro de Ayuda. También hay ayuda legal a precios de descuento y consejo legal breve.  Para accesar esta página escanee el código QR |


قم بالمسح الضوئي للرمز لزيارة الصفحة

An Arabic version of this document is available on the court's website:

utcourts.gov/arabic-out

A Simplified Chinese version of this document is available on the court's website:

本文件的简体中文版可在法院网站上找到：

utcourts.gov/chinese-out



A Vietnamese version of this document is available on the court's website:

Một bản tiếng Việt của tài liệu này có sẵn trên trang web của tòa:

utcourts.gov/viet-out


Xin vui lòng quét mã QR (Trả lời nhanh) để viếng trang

**Plaintiff**

I declare under criminal penalty under the law of Utah that everything stated in this document is true.

Signed at Mayfield, Utah.

03/25/2025
Date

Signature ▶ */s/Wendy Graham

Printed Name    WENDY GRAHAM

*Signed with permission

Page 3 of 4

DATED this 25th day of March 2025

/s/ D. Bruce Oliver
D. BRUCE OLIVER
Attorney for Plaintiff

**SERVE DEFENDANT AT:**

**CT Corporation System**
**1108 South Union Ave**
**Midvale, UT 84047**