# United States District Court
# District of Utah



**Gary P. Serdar**
Clerk of Court

April 28, 2025

Page 1 of 9
D. Bruce Oliver #5120
Attorney for Plaintiff
46 South Main
P.O. Box 146
Mayfield, UT 84643
Phone: 801-696-1180
bruceoliverlaw@gmail.com

RE:    Notice of Ineligible Attorney
       Counsel for: Plaintiff

Dear:

A case was filed with the U.S. District Court for the District of Utah. The clerk is unable to add you as counsel for plaintiff/defendant for one of the reasons below.

1. Attorney is in not active status.

If you do not intend to continue representing the client, it is counsel's responsibility under Local Rule 83-1.4(b) (2) to alert their client of their responsibility to secure other counsel or appear pro se within 21 days.

Gary P. Serdar, Clerk

*[signature]*
By: [Stephanie]
Deputy Clerk