JOSEPH E. MINNOCK, No. 6281
DENNIS R. JAMES, No. 1642
MORGAN, MINNOCK, RICE & MINER, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, UT 84101
Telephone: (801) 531-7888
Fax number: (801) 531-9732

Attorneys for Defendant Farm Bureau Property & Casualty Insurance Company

---

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| WENDY GRAHAM, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FARM BUREAU PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Business Corporation, JOHN DOES 1-5, individuals, JANE DOES 1-5, individuals, BLACK CORPORATIONS 1-5,<br><br>    Defendants. | **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br><br>Civil No. 4:25-CV-00055<br>Honorable Ann Marie McIff Allen |

Defendant Farm Bureau & Casualty Insurance Company, by and through its counsel of record, hereby makes the following corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

**Farm Bureau Property & Casualty Insurance Company (FBPCIC) is an Iowa corporation which is 100% owned by Farm Bureau Multi-State Services, Inc., an Iowa corporation, which, in turn, is 100% owned by Farm Bureau Mutual**

**Holding Company, an Iowa corporation. Farm Bureau Mutual Holding Company is a mutual insurance company owned by FBPCIC policyholders. The principal office for all these entities is 5400 University Avenue, West Des Moines, IA 50266.**

DATED this 19th day of May 2025.

MORGAN, MINNOCK, RICE & MINER, L.C.


/s Joseph E. Minnock
Joseph E. Minnock
Attorneys for Defendant Farm Bureau Property
& Casualty Insurance Company

## CERTIFICATE OF MAILING

I hereby certify that on this 19th day of May 2025, I caused a true and correct copy of the foregoing **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** to be mailed via first-class mail, postage prepaid, to the following:

D. Bruce Oliver
46 South Main
P.O. Box 146
Mayfield, UT 84643
bruceoliverlaw@gmail.com

/s Joseph E. Minnock