W. Kevin Tanner, No. 8872
Kevin.Tanner@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 323.5000
Facsimile: (801) 355-3472
*Attorney for Plaintiff Wendy Graham*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| WENDY GRAHAM, an individual,<br>    Plaintiff,<br><br>vs.<br><br>FARM BUREAU PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Business Corporation, JOHN DOES 1-5, individuals, JANE DOES 1-5, individuals, BLACK CORPORATIONS 1-5,<br><br>    Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Civil No.: 4:25-CV-00055-AMA<br><br>Magistrate Judge Paul Kohler<br>Judge Ann Marie McIff Allen |

PLEASE TAKE NOTICE that W. Kevin Tanner of the law firm of Christensen & Jensen, P.C., is hereby substituted as counsel in place of D. Bruce Oliver for Plaintiff, Wendy Graham, and requests that all notices, pleadings, correspondence and other documents generated in this matter be sent electronic service or US Mail to the above-referenced attorney at the above-stated address.

DATED May 27, 2025

                                                CHRISTENSEN & JENSEN, P.C.

                                                */s/ W. Kevin Tanner*
                                                W. Kevin Tanner
                                                *Attorney for Plaintiff Wendy Graham*

                                                                                       */s/ D. Bruce Oliver*
                                                                                       D. Bruce Oliver
                                                                                    *\*Signed electronically and with permission by*
                                                                                    *W. Kevin Tanner on May 27, 2025.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2025, I cause a true and correct copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** to be filed with the Clerk of the Court using the CM/ECF system, which served automatic notification of such filing to the following:

Joseph E. Minnock
Dennis R. James
MORGAN, MINNOCK, RICE & MINER, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, UT 84101
jminnock@mmrm.com
*Attorneys for Defendant Farm Bureau Property & Casualty Insurance Company*

                                                                                      */s/ W. Kevin Tanner*
                                                                                    *Counsel for Plaintiff Wendy Graham*