IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| WENDY GRAHAM, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FARM BUREAU PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Business Corporation, JOHN DOES 1-5, individuals, JANE DOES 1-5, individuals, BLACK CORPORATIONS 1-5,<br><br>    Defendants. | **SCHEDULING ORDER**<br><br><br>Civil No. 4:25-CV-00055<br>Honorable Ann Marie McIff Allen<br>Magistrate Paul Koehler |

Pursuant to Fed. R. Civ. P. 16(b), the court received the Attorney Planning Meeting Report filed by counsel. The following matters are scheduled. The times and deadlines set forth herein may not be modified without the approval of the court and on a showing of good cause pursuant to Fed. R. Civ. P. 6.

**\*\*ALL TIMES 4:30 PM UNLESS INDICATED\*\***

| | | | |
|---|---|---|---|
| **1.** | **PRELIMINARY MATTERS** | | **DATE** |
| | Nature of claims and any affirmative defenses: insurance coverage and alleged bad faith. | | |
| | a. | Date the Rule 26(f)(1) conference was held? | **06/02/25** |
| | b. | Have the parties submitted the Attorney Planning Meeting Report? | **06/02/25** |
| | c. | Deadline for 26(a)(1) initial disclosures? | **06/15/25** |

| 2. | | DISCOVERY LIMITATIONS | NUMBER |
|---|---|---|---|
| | a. | Maximum number of depositions by Plaintiff(s): | **10** |
| | b. | Maximum number of depositions by Defendant(s): | **10** |
| | c. | Maximum number of hours for each deposition (unless extended by agreement of parties): | **7** |
| | d. | Maximum interrogatories by any party to any party: | **30** |
| | e. | Maximum requests for admissions by any party to any party: | **30** |
| | f. | Maximum requests for production by any party to any party: | **30** |
| | g. | The parties shall handle discovery of electronically stored information as follows: Produced in pdf and, if requested, native format. | |
| | h. | The parties shall handle a claim of privilege or protection as trial preparation material asserted after production as follows: *Any inadvertently produced privileged information will be deleted although each party has the right to challenge a claim of privilege.* | |
| | i. | Last day to serve written discovery: | **02/01/25** |
| | j. | Close of fact discovery: | **03/31/26** |
| | k. | (*optional*) Final date for supplementation of disclosures and discovery under Rule 26(e): | **01/31/26** |
| 3. | | AMENDMENT OF PLEADINGS/ADDING PARTIES[1] | DATE |
| | a. | Last day to file Motion to Amend Pleadings: | **09/01/25** |
| | b. | Last day to file Motion to Add Parties: | **09/01/25** |

---

[1] Counsel must still comply with the requirements of Fed. R. Civ. P. 15(a).

| 4. | | **RULE 26(a)(2) EXPERT DISCLOSURES & REPORTS** | **DATE** |
|---|---|---|---|
| | **Disclosures (subject and identity of experts)** | | |
| | a. | Plaintiffs: | **05/01/26** |
| | b. | Defendants: | **06/01/26** |
| | | Rebuttal: | **08/01/26** |
| | **Reports** | | |
| | a. | Plaintiffs: | **05/01/26** |
| | b. | Defendants: | **06/01/26** |
| | | Rebuttal: | **08/01/26** |
| 5. | | **OTHER DEADLINES** | **DATE** |
| | a. | Last day for expert discovery: | **09/01/26** |
| | b. | Deadline for filing dispositive or potentially dispositive motions: | **10/15/26** |
| | c. | Deadline for filing partial or complete motions to exclude expert testimony: | **10/15/26** |
| 6. | | **SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION** | **DATE** |
| | a. | Likely to request referral to a magistrate judge for settlement conference: | ***No*** |
| | b. | Likely to request referral to court-annexed arbitration: | ***No*** |
| | c. | Likely to request referral to court-annexed mediation: | ***No*** |
| | d. | The parties will complete private mediation/arbitration by: | **03/01/26** |
| | e. | Evaluate case for settlement/ADR on: | **03/01/26** |
| | f. | Settlement probability: | *Fair* |

*Specify # of days for Bench or Jury trial as appropriate.*
*The Court will complete the shaded areas.*

| | | | TIME | DATE |
|---|---|---|---|---|
| **7.** | | **TRIAL AND PREPARATION FOR TRIAL** | | |
| | a. | Rule 26(a)(3) pretrial disclosures[1] | | |
| | | Plaintiff(s): | | *00/00/00* |
| | | Defendant(s): | | *00/00/00* |
| | b. | Objections to Rule 26(a)(3) disclosures (if different than 14 days provided in Rule) | | *00/00/00* |
| | c. | Special Attorney Conference[2] on or before: | | *00/00/00* |
| | d. | Settlement Conference[3] on or before: | | *00/00/00* |
| | e. | Final Pretrial Conference: | ___:___ _.m. | *00/00/00* |
| | f. | Trial                                    **Length** | | |
| | | i.  Bench Trial | ___:___ _.m. | *00/00/00* |
| | | ii. Jury Trial              4 days | ___:___ _.m. | *00/00/00* |

---

[1] The Parties must disclose and exchange any demonstrative exhibits or animations with the 26(a)(3) disclosures.

[2] The Special Attorneys Conference does not involve the court. During this conference, unless otherwise ordered by the court, counsel will agree, to the extent possible, on voir dire questions, jury instructions, and a pretrial order. They will discuss the presentation of the case, and they should schedule witnesses to avoid gaps and disruptions. The parties should mark exhibits in a way that does not result in duplication of documents. The pretrial order should include any special equipment or courtroom arrangement requirements.

[3] The Settlement Conference does not involve the court unless the court enters a separate order. Counsel must ensure that a person or representative with full settlement authority or otherwise authorized to make decisions regarding settlement is available in person or by telephone during the Settlement Conference.

8.     **OTHER MATTERS**

    Parties should fully brief all Motions in Limine well in advance of the pretrial conference.

Signed June 7, 2025.

BY THE COURT:

_____
U.S. Magistrate Judge
