W. Kevin Tanner, No. 8872
Kevin.Tanner@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 323.5000
Facsimile: (801) 355-3472
*Attorney for Plaintiff Wendy Graham*

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH,
SOUTHERN DIVISION**

| | |
|---|---|
| WENDY GRAHAM, an individual,<br>    Plaintiff,<br><br>vs.<br><br>FARM BUREAU PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Business Corporation, JOHN DOES 1-5, individuals, JANE DOES 1-5, individuals, BLACK CORPORATIONS 1-5,<br><br>    Defendants. | **PLAINTIFF'S RULE 7.1 DISCLOSURE**<br><br>Civil No.: 4:25-CV-00055-AMA<br><br>Magistrate Judge Paul Kohler<br>Judge Ann Marie McIff Allen |

Pursuant to Local Rule 7.1 and order of the Court, Plaintiff hereby certifies that she is a citizen of the United States of America and a resident of the State of Utah.

DATED this 18th day of June, 2025.

CHRISTENSEN & JENSEN, P.C.

*/s/ W. Kevin Tanner*
W. Kevin Tanner
*Attorney for Plaintiff Wendy Graham*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2025, I cause a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which served automatic notification of such filing to the following:

Joseph E. Minnock
Dennis R. James
MORGAN, MINNOCK, RICE & MINER, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, UT 84101
jminnock@mmrm.com
*Attorneys for Defendant Farm Bureau Property & Casualty Insurance Company*

> /s/ W. Kevin Tanner
> *Counsel for Plaintiff Wendy Graham*