W. Kevin Tanner, No. 8872
Kevin.Tanner@chrisjen.com
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 323.5000
Facsimile: (801) 355-3472
*Attorney for Plaintiff Wendy Graham*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| WENDY GRAHAM, an individual,<br>    Plaintiff,<br><br>vs.<br><br>FARM BUREAU PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Business Corporation, JOHN DOES 1-5, individuals, JANE DOES 1-5, individuals, BLACK CORPORATIONS 1-5,<br><br>    Defendants. | **PLAINTIFF'S AMENDED RULE 7.1 DISCLOSURE**<br><br>Civil No.: 4:25-CV-00055-AMA<br><br>Magistrate Judge Paul Kohler<br>Judge Ann Marie McIff Allen |

Pursuant to Local Rule 7.1 and order of the Court, Plaintiff hereby certifies that she is a citizen of the United States of America and a domiciled resident of the State of Utah. At the time the matter was originally filed in State District Court and at the time of the removal of this matter to this Court, she was domiciled at the following address:

  3001 South 600 West
  Monroe, Utah 84754

DATED this 16th day of July, 2025.

                    CHRISTENSEN & JENSEN, P.C.
                    */s/ W. Kevin Tanner*
                    W. Kevin Tanner
                    *Attorney for Plaintiff Wendy Graham*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2025, I cause a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which served automatic notification of such filing to the following:

Joseph E. Minnock
Dennis R. James
MORGAN, MINNOCK, RICE & MINER, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, UT 84101
jminnock@mmrm.com
*Attorneys for Defendant Farm Bureau Property & Casualty Insurance Company*

/s/ W. Kevin Tanner
*Counsel for Plaintiff Wendy Graham*