Joseph E. Minnock, No. 6281
MORGAN, MINNOCK, RICE & MINER, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, UT 84101
Telephone No.: (801) 531-7888
Facsimile No.: (801) 531-9732
jminnock@mmrm.com

*Attorneys for Defendant Tribest Corporation*

## IN THE UNITED STATES DISTRICT COURT IN AND FOR

## THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| WENDY GRAHAM, an individual, | **SECOND AMENDED STIPULATED MOTION FOR ENTRY OF SCHEDULING ORDER** |
|     Plaintiff, | |
| v. | |
| FARM BUREAU PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Business Corporation, JOHN DOES 1-5, individuals, JANE DOES 1-5, individuals, BLACK CORPORATIONS 1-5, | Civil No. 4:25-CV-00055 Honorable Ann Marie McIff Allen Magistrate Paul Koehler |
|     Defendants. | |

The parties, by and through their counsel of record, respectfully request that the court enter a scheduling order based on the Second Amended Attorney Planning Meeting report submitted July 31, 2026. These extensions are required in this matter to accommodate follow up depositions as well as testing that has only recently been scheduled in this matter. Counsel agree and represent that they are acting with due diligence to accomplish the necessary tasks within this amended time frame.

DATED this 31st day of July, 2026.

MORGAN, MINNOCK, RICE & MINER, L.C.


/s Joseph E. Minnock
Joseph E. Minnock
Attorneys for Defendant Farm Bureau Property &
Casualty Insurance Company

DATED this 31st day of July, 2026.

CHRISTENSEN & JENSEN


/s W. Kevin Tanner
W. Kevin Tanner
*Signed with permission 07/30/2026*
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2026, I served an electronic copy of the foregoing **SECOND AMENDED STIPULATED MOTION FOR ENTRY OF SCHEDULING ORDER** on the following:

W. Kevin Tanner
CHRISTENSEN & JENSEN, P.C.
257 East 200 South, Suite 1100
Salt Lake City, UT 84111
Kevin.Tanner@chrisjen.com

Attorney for Plaintiff Wendy Graham

/s Joseph E. Minnock