THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| WENDY GRAHAM, an individual,<br><br>Plaintiff,<br><br>         vs.<br><br>FARM BUREAU PROPERTY AND CASUALTY INSURANCE COMPANY, a Foreign Business Corporation, JOHN DOES 1-5, individuals, JANE DOES 1-5, individuals, BLACK CORPORATIONS 1-5,<br><br>Defendants. | **Second Amended Scheduling Order**<br><br>Case Number: 4:25-cv-00055-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Paul Kohler |

Based on the parties' Motion to Amend Scheduling Order,[1] the following deadlines are established. The deadlines may not be modified without a court order consistent with Fed. R. Civ. P. 16(b)(4) and DUCivR 83-4.

**DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS**

**EXPRESSLY STATED OTHERWISE**

**4. FACT DISCOVERY**

| | | | |
|---|---|---|---|
| b. | | Other Fact Discovery Deadlines— | |
| | 2. | Deadline for fact discovery to close: | *11/30/26* |
| | 3. | Deadline for supplementation of disclosures and responses under Fed. R. Civ. P. 26(e): (*optional*) | *00/00/00* |

---

[1] Docket No. 28, filed July 31, 2026.

**6.  EXPERT DISCOVERY**

| a. | Filing of Notice of Designation required by DUCivR 26-1(a)(2)— | | | |
|---|---|---|---|---|
| | 1. | Parties bearing the burden of proof: | | *01/02/27* |
| | 2. | Parties not bearing the burden of proof: | | *01/31/27* |
| | | | | |
| b. | Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports— | | | |
| | 1. | Parties bearing the burden of proof: | | *01/02/27* |
| | 2. | Parties not bearing the burden of proof: | | *01/31/27* |
| | 3. | Rebuttal reports, if any: | | *03/02/27* |
| | | | | |
| c. | Deadline for expert discovery to close: | | | *04/01/27* |

**7.  OTHER DEADLINES AND TRIAL-RELATED INFORMATION**

| a. | Deadline for filing dispositive or potentially dispositive motions: | | *04/15/27* |
|---|---|---|---|
| b. | Deadline for filing partial or complete motions to exclude expert witnesses: | | *04/15/27* |
| c. | Scheduling Conference for purposes of setting a trial date in 2B 206 (St. George) before District Judge Ann Marie McIff Allen. | | *05/11/27 at 2:00 p.m.* |

SO ORDERED this 3rd day of August, 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge